No. 370. UNITED STATES *v.* BRANCH BANKING & TRUST CO. ET AL. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *Ward E. Lattin* for respondents.

No. 383. DOUGLAS HOTEL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *William J. Hotz* and *William J. Hotz, Jr.* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, A. F. Prescott* and *Fred E. Youngman* for respondent.

No. 385. McGIRL ET AL., TRUSTEES, *v.* MINTZ ET AL. C. A. 3d Cir. Certiorari denied. *James D. Carpenter* and *Samuel M. Coombs, Jr.* for petitioners. *Solicitor General Perlman, Louis Loss, George Zolotar* and *David Ferber* for the Securities & Exchange Commission; and *Morton Stavis* for Mintz, respondents.

No. 399. COSTON SUPPLY CO. ET AL. *v.* PABELLON ET AL. C. A. 2d Cir. Certiorari denied. *Lowell Wadmond, David Hartfield, Jr., John W. Burke, Jr., Wilbur M. Jones, I. Arnold Ross* and *Walter E. Warner, Jr.* for petitioners. *Vernon Sims Jones* for the Grace Line Inc., respondent.

No. 402. LEAHY, CHIEF JUDGE OF U. S. DISTRICT COURT FOR DELAWARE, ET AL. *v.* CANISTER COMPANY ET AL. C. A. 3d Cir. Certiorari denied. *Wm. S. Potter* and *Edward C. McLean* for petitioners. *Arthur C. Gillette* and *John J. Morris, Jr.* for respondents.